# United States District Court

DISTRICT OF Guam, U.S.A. 

QBE INSURANCE (INTERNATIONAL) LIMITED,

    Plaintiff,

V.

GOVERNMENT OF GUAM,

    Defendant.

**SUMMONS IN A CIVIL CASE**

TAX

CASE NUMBER: **04-00011**

FILED
DISTRICT COURT OF GUAM
MAR -8 2004
MARY L. M. MORAN
CLERK OF COURT

OFFICE OF THE GOVERNOR
DATE
LEGAL OFFICE

TO: (Name and address of defendant)

The Honorable Felix P. Camacho
Governor of Guam
Governor's Office
Government of Guam
Suite 405, Pacific News Building
238 Archbishop Flores St.
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald V. Calvo
Meredith M. Sayre
Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagatna, Guam 96910
Phone: 472-6813
Fax: 477-4375

an answer to the complaint which is herewith served upon you, within ____sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

MAR 04 2004

CLERK

(BY) DEPUTY CLERK

DATE

**ORIGINAL**

AO 440 (Rev. 10/93) Summons In a Civil Action

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: March 4, 2004 |
| NAME OF SERVER (PRINT): Eunice J. Mendiola | TITLE: Receptionist |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served upon Shannon Taitano, legal counsel for Gov. Felix P. Camacho at Governors office, PDN Bldg. Hagatna, Guam.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/4/04
             Date

Signature of Server
Carlsmith Ball LLP
P.O. Box BF
Hagatna, Guam 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.