Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Government Corruption Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| QBE INSURANCE (INTERNATIONAL) LIMITED, | Civil CASE NO. 04-00011 |
| vs. | |
| GOVERNMENT OF GUAM, | ANSWER |
| Defendant. | |

Defendant Government of Guam answers the complaint herein as follows:

1. Admits paragraphs 1-23.

2. Defendant is without sufficient information to enable it to answer paragraph 24, 25, 26, and 27 and therefore denies same at this time.

3. Admits paragraphs 28-44.

4. Defendant is without sufficient information to enable it to answer paragraph 45, and therefore denies same at this time.

5. Defendant admits paragraph 46.

Wherefore, defendant government of Guam prays that the complaint be dismissed and plaintiff take nothing thereby.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

William C. Bischoff
Special Assistant Attorney General

5-4-04