CARLSMITH BALL LLP

DONALD V. CALVO
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
QBE Insurance International, Inc.



FILED
DISTRICT COURT OF GUAM
MAY 27 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| QBE INSURANCE (INTERNATIONAL) LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CV-04-00011<br><br>**CERTIFICATE OF SERVICE** |

I, DONALD V. CALVO, hereby declare and state:

1. I am a United States citizen over the age of 18 years;

2. I am an employee of the law firm of Carlsmith Ball LLP.

3. On May 25, 2004, I caused to be served a copy of the Scheduling Order and Discovery Plan by hand delivery to:

> William C. Bishoff, Esq.
> Assistant Attorney General
> Office of The Attorney General
> Suite 2-200E, Judicial Center
> 120 West O'Brien Drive
> Hagåtña, Guam 96910

//

4. On May 27, 2004, I will cause a copy of the (1) Stipulated Final Judgment and Payment Order; and (2) this Certificate of Service to be served on William C. Bishoff, Esq. at the above address.

DATED this 27th day of May, 2004.

CARLSMITH BALL LLP

_____
DONALD V. CALVO
Attorneys for Plaintiff
QBE INSURANCE INTERNATIONAL, INC.